# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, | ) ) ) ) ) |
| Petitioners, | ) Civil Action No. 15-1469 ) (consolidated with 15-1381) |
| v. | ) ) |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.* | ) ) ) ) |
| Respondents. | ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Petitioners hereby withdraw the appearance of Peter D. Keisler in the above-captioned case. The Petitioners will continue to be represented by other counsel.

Date: December 13, 2024

                                                    Respectfully Submitted,

                                                    /s/ Peter D. Keisler
                                                    Peter D. Keisler
                                                    Sidley Austin LLP
                                                    1501 K St. N.W.
                                                    Washington, D.C. 20005
                                                    Tel.: +1 202 736 8000
                                                    Email: pkeisler@sidley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13th, 2024, I will cause the foregoing to be served by electronic means through the Court's CM/ECF system, on all counsel of record.

/s/ Peter D. Keisler

Peter D. Keisler